IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAU THI HA, | CIVIL ACTION |
| Plaintiff | |
| v. | NO. 16-3484 |
| NANCY A. BERRYHILL,[1] ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

FILED
FEB 14 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 14 day of Feb, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 8) filed November 19, 2016; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 9) filed December 21, 2016; upon consideration of Plaintiff's Reply Brief (Dkt. No. 11) filed January 1, 2017; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated January 29, 2018, & objections thereto

**IT IS ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the relief sought by Plaintiff is **DENIED**; and

3. the decision of the Commissioner of Social Security is **AFFIRMED**.

BY THE COURT:

/s/ Berle M. Schiller
BERLE M. SCHILLER,
United States District Judge

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration and, therefore, she should be automatically substituted as the Defendant in this action. See Fed. R. Civ. P. 25(d).